Certificate Number: 02998-PAM-DE-029504411

Bankruptcy Case Number: 13-65397


02998-PAM-DE-029504411

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 29, 2017, at 3:42 o'clock PM EDT, Glen F Moore completed a course on personal financial management given by telephone by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 29, 2017

By: /s/Terri Everett

Name: Terri Everett

Title: Counselor

Certificate Number: 02998-PAM-DE-029504415

Bankruptcy Case Number: 13-65397



02998-PAM-DE-029504415

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 29, 2017, at 3:42 o'clock PM EDT, Billie L Moore completed a course on personal financial management given by telephone by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 29, 2017    By: /s/Terri Everett

Name: Terri Everett

Title: Counselor